[No. 4083–6–III. Division Three. November 12, 1981.]

FERNWOOD TRAILS, INC., *Appellant*, v. JOHN
SCHWAB, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Kittitas County, No. 22091, W. R. Cole, J., entered June 23,
1980. *Affirmed* by unpublished opinion per Green, J., con-
curred in by McInturff, C.J., and Munson, J.

[No. 8575–1–I. Division One. November 16, 1981.]

*In the Matter of the Marriage of* PEARL
C. SLATON, *Appellant, and* JOHN D.
SLATON, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D–120798, Theodore S. Turner, J. Pro Tem.,
entered March 11, 1980. *Affirmed* by unpublished opinion
per Callow, J., concurred in by James, C.J., and Durham, J.

[No. 8976–5–I. Division One. November 16, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY
LEE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 80–1–00123–6, H. Joseph Coleman, J., entered
May 20, 1980. *Affirmed* by unpublished opinion per James,
C.J., concurred in by Callow and Ringold, JJ.

[No. 8937–4–I. Division One. November 16, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
LOUIS JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–1–01782–1, David W. Soukup, J., entered
May 29, 1980. *Reversed* and *remanded* by unpublished
opinion per Ringold, A.C.J., concurred in by Williams and
Durham, JJ.